# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 10, 2014

## NO. 03-14-00550-CV

**Walter Lee Hall, Jr., Appellant**

**v.**

**U.S. Bank National Association, as Trustee, on behalf of the Holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the judgment signed by the trial court on July 23, 2014. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.